UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

v.

Lee Myung BAK d/b/a South Korea President,
Defendant

Civil No: 1:07CV01883 LJO DLB

FILED DEC 27 2007
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
by E. SCRIVNER

Complaint

42 USC 1983. My vote didn't count. Defendant stole my middle name. He lifted the DMZ Line and layed it across my chest. My Knees v. My Arms in a nuclear showdown. I can't fly United to Korea. My Birthday is December 27th. BsK sends me hate mail. I get Junk mail too. Kevin Costner won't be my Body guard. My Civil rights abolished from a Korean warden at FCI williamsburg. I've been KO'ed in 9 rounds, and 18 rounds of golf, and 120 pounds I weigh for not eating. I feel Like the Omen because of major abuses inflicted on me.

Respectfully submitted,
Jonathan Lee Riches

JONATHAN LEE RICHES
#40948-018
FCI-WILLIAMSBURG
PO BOX 340
SALTERS, SC 29590