# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | 1:07cv1883 LJO DLB |
| | ) | |
| | ) | ORDER OF DISMISSAL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEE MYUNG BAK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Jonathan Lee Riches ("Plaintiff") is incarcerated at FCI Williamsburg in South Carolina and filed this action on December 27, 2007. Review of the docket reveals that Plaintiff has filed more than 30 actions in this Court's Fresno and Sacramento divisions since October 2007. In fact, Plaintiff has inundated federal courts across the county with meritless litigation in recent years. He did not file an application to proceed in forma pauperis or pay the $350 filing fee for this action.

Plaintiff's complaint is patently frivolous and fails to state a colorable claim to invoke this Court's jurisdiction. His complaint, which names South Korean president Lee Myung Bak as the Defendant, is one paragraph and contains absurd statements, such as "Defendant stole my middle name" and "He lifted the DMZ line and layed [sic] it across my chest." He also works Kevin Costner into the mix, faulting him for refusing to be his bodyguard. Although Plaintiff cites 42 U.S.C. § 1983 and says that he "feels like the Omen because of major abuses inflicted on him," his complaint is nothing more than an abuse of the judicial process.

1     Indeed, other courts have dismissed Plaintiff's actions outright.  For example, in the Middle
2  District of Florida, Plaintiff has been restricted from filing civil complaints without payment of the
3  full statutory filing fee.  The Clerk was directed to refuse filing any complaint of Plaintiff and which
4  was unaccompanied by the filing fee.[1]  In so ruling, United States District Judge Gregory A. Presnell
5  explained:

> It is not clear whether these outlandish pleadings are products of actual mental illness or simply a hobby akin to short story writing.  Whatever their origin, and though they are amusing to the average reader, they do nothing more than clog the machinery of justice, interfering with the court's ability to address the needs of the genuinely aggrieved.  It is time for them to stop.

*Riches v. Simpson, et al.*, 6:07cv1504-Orl-31KRS, Order of Court dated Sep. 24, 2007.

     Review of Plaintiff's actions before this Court compel a finding that he should be similarly restricted. In addition to this action, Plaintiff has filed an action to request a restraining order against Dan Rather and to allege in part that Mr. Rather told him that if he didn't agree to "having [his] story on his show, he is going to send British Dr. Harold Shipman to FCI Williamsburg and inject my brain with antifreeze and brake fluid to make me submissive to Jewish Broadcasting." *Riches v. Rather*, 1:07cv1523 LJO GSA, Complaint, at 2.  In another action, Plaintiff sued University of Arizona head basketball coach Lute Olson and alleged that Coach Olson is his biological father, as well as the father of the "Olson twins." *Riches v. Olson, et al.*, 1:07cv1886 AWI DLB, Complaint, at 1. In *Riches v. Follett*, 1:07cv1887 AWI SMS, Plaintiff seeks $13 million because he "can't join defendant's book club" despite being a "book worm since 1984." Complaint, at 1.

     In short, Plaintiff's complaints before this Court are nonsensical, delusional and fail to state a claim under 42 U.S.C. § 1983 or a basis for this Court's jurisdiction.

     Accordingly, this Court:

1.  DISMISSES with prejudice this action as frivolous;
2.  RESTRICTS the Court's clerk to file Jonathan Lee Riches' complaints and similar papers without payment of the full statutory filing fee; and

---

[1] The Court takes judicial notice of *Riches v. Simpson, et al.*, 6:07cv1504-Orl-31KRS.

2

3. DIRECTS the Court's clerk to refuse to file Jonathan Lee Riches' complaints and similar papers which are unaccompanied by the filing fee at the time of attempted filing.

IT IS SO ORDERED.

**Dated:   January 8, 2008**                          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE