UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JAN 2 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jonathan Lee Riches,
Plaintiff

V.

CASE #s: Freecreditreport.com 07 CV-01885; Mitnick CV-1890; Parcells CV-1891; Bakiyev CV-1889; MRAPV CV-1888; Olsen CV-1886; Bak CV-1883; Gibson CV-1884; Boras CV-1882,
Defendants

## NOTICE OF APPEAL

Comes now the Plaintiff Jonathan Lee Riches, moves this Court to Appeal all of the above cases to the 9th Circuit Court of Appeals. Each case was dismissed, and I wish to Appeal.

Respectfully, [signature]



RECEIVED
JAN 2 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

NAME Jonathan Lee Riches
CDC/BKG# 40948-018
PO BOX 340
STREET ____
CITY, ST., ZIP Salters, SC 29590